UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**FILED**
**DEC 1 6 2008**

CASE NO: 5:08-M-1700

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | CRIMINAL INFORMATION |
| KOPACKA, BRENT L. | ) | |
| | ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about SEPTMEMBER 6, 2008, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, KOPACKA, BRENT L., did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

## COUNT TWO

THAT, on or about SEPTEMBER 6, 2008, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of

North Carolina, KOPACKA, BRENT L., did operate a motor vehicle upon a street, highway, or public vehicular area and did fail to maintain the limits of his lane, in violation of Title 18, United State Code, Section 13, assimilating North Carolina General Statute 20-146(d)(1).

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

BY: _____

STEVEN P. GOODIN
Special Assistant United States
Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222